## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

MELVIN R. BILLIOT                                             CIVIL ACTION

VERSUS                                                        NO. 12-2946

BRETT BEAVERS, ET AL.                                         SECTION "N" (3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that plaintiff's Motion to Lift Stay, Rec. Doc. 9, is **DENIED**.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction and that this case be

restored to the trial docket upon motion of any party once plaintiff's state criminal prosecution is

concluded, so that the stayed claims may proceed to final disposition.

New Orleans, Louisiana, this _13th_ day of _July_, 2015.


_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE